within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–764.   IN RE DISBARMENT OF SMITH.   It is ordered that Thomas Pryor Smith, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–765.   IN RE DISBARMENT OF DOUGLAS.   It is ordered that Randall R. Douglas, of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–1207.   WILL v. MICHIGAN DEPARTMENT OF STATE POLICE ET AL.   Sup. Ct. Mich.   [Certiorari granted, 485 U. S. 1005.] Motion of respondents for leave to file a supplemental brief after argument granted.

No. 87–1661.   ASARCO INC. ET AL. v. KADISH ET AL.   Sup. Ct. Ariz.   [Certiorari granted, *ante*, p. 887.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 88–305.   SOUTH CAROLINA v. GATHERS.   Sup. Ct. S. C. [Certiorari granted, *ante*, p. 888.]   Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 88–449.   HEALY ET AL. v. THE BEER INSTITUTE ET AL.; and
No. 88–513.   WINE & SPIRITS WHOLESALERS OF CONNECTICUT, INC. v. THE BEER INSTITUTE ET AL.   C. A. 2d Cir.   [Probable jurisdiction noted, *ante*, p. 954.]   Motion of appellants for divided argument denied.

No. 88–782.   UNITED STATES DEPARTMENT OF JUSTICE v. TAX ANALYSTS.   C. A. D. C. Cir.   [Certiorari granted, *ante*, p. 1003.] Motion of the Solicitor General to dispense with printing the joint appendix granted.